ORDERED UNSEALED on 01/29/2025 s/ STN ~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

INGRID RENE SHOAF (1), DONNA MARIE SHOAF (2)

Defendants.

Case No.: '25 MJ379

Title 18, U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; Title 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 22, 2022, within the Southern District of California, defendant Ingrid Rene SHOAF, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Boito 12-gauge shotgun bearing serial number 511913; in violation of Title 18 United States Code, Section 922(g)(1).

COUNT TWO

On or about December 11, 2024, within the Southern District of California, defendant Ingrid Rene SHOAF did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: 82.39 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

On or about December 11, 2024, within the Southern District of California, defendant Donna Marie SHOAF did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: 186.3 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Joseph Siehlmann

Joseph Siehlmann
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of January 2025.

Barbara L. Major

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

This affidavit is made in support of the criminal complaint charging Ingrid Rene SHOAF and Donna Marie SHOAF. During my duties, I have learned the following information from reports prepared by other law enforcement officers. The following does not contain all the information known to me or other law enforcement officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

## November 22, 2022 – Controlled Purchase of Firearm

A Confidential Informant (CI[1]) for the East County Regional Gang Task Force (ECRGTF), at the direction of officers and agents, reached out to a male subject (UM1). The CI had previously spoken to UM1 who stated that he would sell the CI one pound of methamphetamine for $1,100 and a 9mm semiautomatic firearm for $800.

On November 22, 2022, the CI drove to the meet location at the parking lot of 301 Athey Avenue in San Diego, which is within the Southern District of California. UM1 arrived in a vehicle at the meet location and told the CI that he did not have the firearm

[1] The CI has been working with the FBI since approximately 2022 and has prior experience working with law enforcement in a similar capacity for over 10 years. The CI is working with law enforcement in exchange for immigration benefits. The CI has not been promised that his/her cooperation will result in the desired immigration benefits. During his/her time working with law enforcement, the CI has provided investigators with intelligence, conducted controlled purchases, and communicated with potential subjects of investigation. Investigators believe the CI has been truthful and reliable while working with law enforcement. The CI's criminal history includes a 1999 conviction for possession of marijuana for sale for which the CI was sentenced to 120 days jail and three years of probation.

with him, but that he had talked to the owner of the firearm and that the firearm was a few blocks away. UM1 then left the parking lot to go pick up the firearm. Approximately 14 minutes later, UM1 returned to the parking lot followed separately by a Ford F-150 bearing California license plates and driven by a female later identified as Ingrid Rene SHOAF. After a brief interaction between the CI, UM1, and Ingrid SHOAF, the CI entered Ingrid SHOAF's vehicle. Ingrid SHOAF did not have a 9mm semiautomatic firearm but sold the CI a Boito 12-gauge shotgun bearing serial number 511913 instead. The CI provided Ingrid SHOAF $800 in prerecorded funds in exchange for the shotgun and then exited her vehicle. Ingrid SHOAF then departed the parking lot. The transaction between the CI and Ingrid SHOAF was video recorded.

Following the November 22, 2022, controlled purchase, investigators queried the license plates of the Ford F-150 in which the controlled purchase occurred. That records query revealed the Ford F-150 was registered to Ingrid SHOAF. Additionally, investigators obtained Ingrid SHOAF's California DMV photograph and showed it to the CI. The CI confirmed to investigators that Ingrid SHOAF is the individual the CI purchased the shotgun from on November 22, 2022.

Records checks on Ingrid SHOAF revealed the following relevant criminal history:

| DATE OF CONVICTION | COURT OF CONVICTION | CHARGE | SENTENCE |
|---|---|---|---|
| 04/16/2003 | CASC – San Diego | Cal. P.C. §245(A)(1) – Assault with a Deadly Weapon Not a Firearm (Felony) | 5 years prison |
| 07/08/2015 | CASC – San Diego | Cal. H&S §11379(A) – Transportation of a Controlled Substance (Felony) | 3 years prison |
| 07/08/2015 | CASC – San Diego | Cal. P.C. §4573 – Bring a Controlled Substance into Prison (Felony) | 1 year prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**December 11, 2024 – Search Warrant at 3724 Clavelita Street, San Diego, CA**

On November 26, 2024, Deputies with the San Diego Sheriff's Office received a report that an individual identified as Ingrid SHOAF had thrown a rock through a window of a residence and had threatened the occupants of that residence both verbally and by brandishing a firearm. Deputies then conducted a records check of Ingrid SHOAF, which revealed her criminal record. That records check also revealed 3724 Clavelita Street, San Diego, California 92154 (the "Residence") as Ingrid SHOAF's most recent address. The Residence is within the Southern District of California.

On December 11, 2024, Deputies conducted surveillance of the Residence. During surveillance, Deputies observed Ingrid SHOAF cleaning a Kia Optima sedan parked in front of the Residence. Deputies also observed a second female, later identified as Donna Marie SHOAF, exit the Residence before interacting with Ingrid SHOAF and driving the Kia Optima away from the Residence. After Donna SHOAF departed the Residence, Deputies approached Ingrid SHOAF to conduct a probable cause arrest based on the November 26, 2024 incident. While Deputies approached, Ingrid SHOAF attempted to evade Deputies by running from the driveway into the Residence. Deputies apprehended Ingrid SHOAF near the front door of the Residence and subsequently obtained a California state Search Warrant for the Residence.

The search warrant was executed at the Residence on December 11, 2024. Four people were present at the Residence when search warrant was executed, including Ingrid SHOAF's mother (F.S), her brother (D.S), her nephew (M.G.) and an unrelated female with the initials N.V. N.V. told investigators that Ingrid SHOAF sleeps in the garage of the Residence and that to N.V.'s knowledge, no one else resides in the garage. F.S. told investigators that Ingrid SHOAF spends most of her time in the garage of the Residence.

F.S. further showed investigators the room in the Residence belonging to her other daughter, Donna SHOAF.

During the search of the Residence's garage, investigators found approximately 82.39 grams of a substance that tested presumptively positive for the presence of methamphetamine. That methamphetamine was stored in separate baggies within multiple drawers near the bed in the Residence's garage. The methamphetamine was separated into approximately nine different plastic baggies. Additionally, investigators found one round of .338 caliber ammunition in a Styrofoam cup next to a AAA membership card with the name "Ingrid SHOAF" and two matching rounds of .338 caliber ammunition in the same drawer as some of the methamphetamine next to the bed in the garage, a piece of equipment used to help aim a firearm near the bed in the garage, and a Glock-style pellet gun near the bed in the garage. Multiple envelopes with Ingrid SHOAF's name and listing "3724 Clavelita Street" as her address were also found in the garage.

Investigators also searched the room that F.S. identified as belonging to Donna SHOAF. A search of that room revealed a black "Fifth Avenue" bag containing three smaller plastic bags filled with a total of approximately 186.3 grams of a substance that tested presumptively positive for the presence of methamphetamine. Investigators also located medication and mail with Donna SHOAF's name on it in the same room as the methamphetamine. After finding the methamphetamine in the room, investigators went back to F.S. to confirm the room belonged to Donna SHOAF. F.S. confirmed that Donna SHOAF was the only person with access to that room.

Deputies mirandized Ingrid SHOAF and she elected to speak with investigators. During that interview, Ingrid SHOAF denied both making the threats described from the November 26, 2024 incident and owning the replica firearm that was found in the Residence's garage. She admitted that she sleeps in the garage of the Residence, but also claimed that "everyone" had access to that garage. She also stated she was aware of the substances found in the drawers in the garage, but stated it was "fake meth" and knew it was fake because she had done methamphetamine before. She also admitted to having

approximately 70 bullets of various calibers, including “38,” “40,” and maybe “9.” When asked why she possessed the bullets, she stated she believed she could own the ammunition. When informed she could not legally possess ammunition, she stated it belonged to friends. Ingrid SHOAF also admitted to owning the firearm “sight,” stating that she was going to give it to a friend as a present.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.